# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| In re DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT RELATES TO:<br><br>YU, ERIC AND AN v. U.S.A., et al.; | 23-359 L<br><br>Sub-Master Docket No. 1:17-9002L |

## PLAINTIFFS' SHORT FORM COMPLAINT

By submitting this document, Plaintiff(s) adopts and incorporates by reference the Consolidated and Amended Downstream Master Complaint (ECF No. 23) filed in the above-styled Sub-Master Docket on January 16, 2018, and all subsequent amendments to that Complaint. The Plaintiff's Short Form Complaint is deemed Plaintiff's Original Complaint if it is plaintiff's original pleading, and must be filed as a new complaint through the Court's CM/ECF system.

If Plaintiff has previously filed an Original Complaint, the filing of a Plaintiff's Short Form Complaint amends and supersedes any prior complaint filed by the below-listed Plaintiff(s) *In re Addicks and Barker (Texas) Flood-Control Reservoirs,* Master Docket No. 17-3000L and/or *In re Downstream Addicks and Barker (Texas) Flood-Control Reservoirs*, Sub-Master Docket No. 17- 9002L.

1. Name of Plaintiff(s):   Eric and An Yu

2. Location by address of Plaintiff(s) property subject to Plaintiff(s) allegations of a Fifth Amendment taking without just compensation as a result of Addicks/Barker reservoir releases:   431 Faust Lane, Houston, Texas 77024

    a.    Tax number for identified property: <u>0843220000008</u>

    b.    Real property interest possessed by Plaintiff(s) alleged to have been taken

          Ownership (*i.e.*, fee simple) <u> X </u>    Leasehold <u>   </u>    Other<u>   </u>

    c.    Manner of alleged taking of the property interest(s) listed in paragraph 2(b) above

          Temporary <u>   </u>    Permanent <u> X </u>    Both <u>   </u>

3.    Type of property alleged to have been taken:

    Real Property <u>   </u>    Personal Property <u>   </u>    Both <u> X </u>

Dated: March 10, 2023                        Respectfully Submitted,

By: <u> /s/ *Lema Barazi* </u>
LEMA BARAZI
State Bar No. 24056016
S.D. Texas Bar No. 1358290
lema@lloydmousilli.com
**LLOYD & MOUSILLI, PLLC**
11807 Westheimer Road
Suite 550 PMB 944
Houston, TX 77077
Tel: (512) 609-0059
Fax: (413) 473-6164
Service: litigation@lloydmousilli.com

**ATTORNEYS FOR PLAINTIFFS
ERIC AND AN YU**