# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Eric and An Yu

23-359 L

Location of Plaintiff(s)/Petitioner(s) (city/state): Houston, Texas

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lema Barazi
Firm Name: Lloyd & Mousilli, PLLC

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 11807 Westheimer Road, Suite 550 PMB 944
City-State-ZIP: Houston, Texas 77077
Telephone Number: (512) 609-0059; (413) 473-6164 (Fax)
E-mail Address: litigation@lloydmousilli.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes  ☐ No

Nature of Suit Code: 512
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: ____
Number of Claims Involved: 1

Amount Claimed: $ 1,000,000.00
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ N/A
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. ____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: ____

Takings Case:
Specify Location of Property (city/state): Houston, Texas

Vaccine Case:
Date of Vaccination: N/A

Related case:
Is this case directly related to any pending or previously filed  ☑ Yes ☐ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

182